UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:19-cv-01015-R (MAA)**                    Date:  **August 5, 2019**

Title    **Nigel Nicholas Douglas v. BOP Director _et al._**

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **Order to Show Cause Regarding Plaintiff's First Amended Complaint**

On June 13, 2019, the Court denied Plaintiff Nigel Nicholas Douglas' ("Plaintiff") Motion to Clarify and or to Correct Record or, in Alternative, Request to Amend Complaint (Motion to Clarify or Amend, ECF No. 9).  (Order, ECF No. 11.)  The Court explained that it could not accept Plaintiff's supplemental allegations to the Complaint, but that, pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiff could amend his Complaint once as matter of course without the Court's permission.  (_Id_.)  The Court stated that Plaintiff could file a First Amended Complaint ("FAC") no later than **July 13, 2019**.

To date, Plaintiff has not filed a FAC.

Plaintiff is **ORDERED TO SHOW CAUSE** by **September 4, 2019** why the lawsuit should not proceed with the Complaint as the operative Complaint.  If Plaintiff files a FAC on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.  If Plaintiff does not file a FAC or otherwise respond to this Order on or before that date, the Court will issue a recommendation on Plaintiff's Motion for Permanent Injunction (Mot. Perm. Inj., ECF No. 8) based upon the allegations in the Complaint, and also will screen the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A.

It is so ordered.

|  | **Time in Court:** | 0:00 |
|---|---|---|
|  | **Initials of Preparer:** | CSI |